IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.08-cv-02514-REB-MJW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

762 HORIZON DRIVE, GRAND JUNCTION, COLORADO,

3154 LAKESIDE DRIVE #206, GRAND JUNCTION, COLORADO,

2330 MARSTON HEIGHTS DRIVE, COLORADO SPRINGS, COLORADO,

ALL MONIES IN WELLS FARGO BANK ACCOUNT 2502428143
FOR THE BENEFIT OF NAN O'REILLY AND SPRINGS, INC.,

ALL MONIES IN WELLS FARGO BANK ACCOUNT 9612468596
FOR THE BENEFIT OF NAN O'REILLY AND SPRINGS, INC.,

320 LONGHORN CATTLE DRIVE, CALHAN, COLORADO,

SLOCUM ROAD, PEYTON, COLORADO, AND

2003 MERCEDES-BENZ VIN WDBSK75F93F011085

    Defendants.

---

**ORDER FOR WARRANT FOR ARREST OF PROPERTY *IN REM* AS TO
DEFENDANT MERCEDES-BENZ**

---

Plaintiff has instituted the *in rem* action herein and requested issuance of process. It appears to the Court from the Amended Verified Complaint filed herein that the Court has jurisdiction over defendant 2003 Mercedes-Benz VIN WDBSK75F93F011085, and it appears,

-1-

for the reasons and causes set forth in the Complaint that there is probable cause to believe the defendant Mercedes- Benz is subject to a decree of forfeiture, and that an Warrant of Arrest of defendant Mercedes- Benz should enter.

IT IS THEREFORE ORDERED AND DECREED that an Warrant for Arrest of Property *In Rem* for defendant Mercedes-Benz shall issue as prayed for, and that the Internal Revenue Service or its representatives be directed to arrest and seize the defendant Mercedes-Benz.

THAT the Internal Revenue Service and/or any other duly authorized law enforcement officer shall promptly return the Warrant to the Court; and

THAT pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States shall post notice on an official internet government site for at least 30 consecutive days, stating that all persons claiming or asserting an interest in the defendant property must file their Claims with the Clerk of this Court pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions no later than 60 days after the first day of publication on an official internet government forfeiture site, and shall serve and file their Answers to the Amended Verified Complaint within twenty (20) days after the filing of their Claims with the Office of the Clerk, United States District Court for the District of Colorado, with a copy sent to Assistant United States Attorney James S. Russell, United States Attorney's Office, 1225 17th Street, Suite 700, Denver, Colorado.

DONE at Denver, Colorado, this 29th day of December, 2008.

BY THE COURT:

*[signature]*

UNITED STATES MAGISTRATE JUDGE

-2-
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO