IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02514-REB-MJW

UNITED  STATES  OF  AMERICA,

Plaintiff(s),

v.

762 HORIZON DRIVE, GRAND JUNCTION, COLORADO, et al

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Motion to Amend the Scheduling Order to Extend the Discovery Cut-Off Date (docket no. 71) is GRANTED finding good cause shown.  The discovery cut-off date is extended up to and including January 26, 2010. The deadline to file dispositive motions is extended up to and including March 8, 2010. The Final Pretrial Conference set on January 26, 2010, at 8:30 a.m. is VACATED and reset on April 20, 2010, at 9:00 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse,  901 19th Street, Denver, Colorado.  The parties shall file their proposed Final Pretrial Conference with the court five (5) days prior to the Final Pretrial Conference.

It is FURTHER ORDERED that the parties shall forthwith file with the court their Motion to Vacate and Reset the Trial Preparation Conference on February 26, 2010, at 10:30 a.m. and the Jury Trial set on March 15, 2010, at 8:30 a.m.  Judge Blackburn with address this motion once filed.

Date:  September 1, 2009