**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 08-cv-02514-REB-MJW

UNITED STATES OF AMERICA,

     Plaintiff,

v.

762 HORIZON DRIVE, GRAND JUNCTION, COLORADO, et al.,

     Defendants.

---

### MINUTE ORDER[1]

---

The matter comes before the court on the **Joint Motion To Vacate and Reset The Pretrial Conference and Jury Trial** [#74] filed September 4, 2009. The motion is well taken, and therefore, should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Joint Motion To Vacate and Reset The Pretrial Conference and Jury Trial** [#74] filed September 4, 2009, is **GRANTED**;

2. That the Trial Preparation Conference February 26, 2010, is **VACATED**;

3. That the jury trial set to commence March 15, 2010, is **VACATED**; and

4. That on **September 16, 2009**, commencing at 10:00 a.m., the court shall conduct a telephonic setting conference to reset the trial preparation conference and jury trial in this matter. Counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

Dated: September 4, 2009

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.