IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02514-REB-MJW

UNITED STATES OF AMERICA,

Plaintiff(s),

v.

762 HORIZON DRIVE, GRAND JUNCTION, COLORADO, et al

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Unopposed Motion for Order Authorizing Issuance of Subpoena Duces Tecum, filed with the Court on August 24, 2009, DN 68, is GRANTED.

Date: September 25, 2009