IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02514-REB-MJW

UNITED  STATES  OF  AMERICA,

Plaintiff(s),

v.

762 HORIZON DRIVE, GRAND JUNCTION, COLORADO, et al

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Unopposed Motion to Amend the Scheduling Order to Change Deposition Dates, DN 78, filed with the Court on November 18, 2009, is GRANTED.  The deposition dates for Richard Ptak and Ricky Valdez are changed from December 9th and 10th, 2009, to January 20th and 21st, 2010.

Date:  November 19, 2009