IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.08-cv-02514-REB-MJW

UNITED STATES OF AMERICA,

        Plaintiff,

v.

762 HORIZON DRIVE, GRAND JUNCTION, COLORADO,

3154 LAKESIDE DRIVE #206, GRAND JUNCTION, COLORADO,

2330 MARSTON HEIGHTS DRIVE, COLORADO SPRINGS, COLORADO,

ALL MONIES IN WELLS FARGO BANK ACCOUNT 2502428143
FOR THE BENEFIT OF NAN O'REILLY AND SPRINGS, INC.,

ALL MONIES IN WELLS FARGO BANK ACCOUNT 9612468596
FOR THE BENEFIT OF NAN O'REILLY AND SPRINGS, INC.,

320 LONGHORN CATTLE DRIVE, CALHAN, COLORADO,

SLOCUM ROAD, PEYTON, COLORADO, AND

2003 MERCEDES-BENZ VIN WDBSK75F93F011085

        Defendants.

---

**ORDER TO VACATE SETTLEMENT CONFERENCE
AND CONFIDENTIAL SETTLEMENT STATEMENT**
( Docket No. 81 )

---

This matter having come before the Court on the Motion to Vacate Settlement Conference and Confidential Settlement Statement, and the Court being fully apprised, it is hereby ORDERED that:

    1.    The Settlement Conference currently set for December 7, 2009 at 10:00 AM is

VACATED; and

2. The filing of a Confidential Settlement statement shall be rescheduled at a later date.

DONE at Denver, Colorado, this 2nd day of December, 2009.

BY THE COURT:

*[signature]*

Michael J. Watanabe
UNITED STATES MAGISTRATE JUDGE