IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO


Civil Action No.  08-cv-02514-REB-MJW

UNITED  STATES  OF  AMERICA,

Plaintiff(s),

v.

762 HORIZON DRIVE, GRAND JUNCTION, COLORADO, et al

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe


      It is hereby ORDERED that the Joint Motion to Amend the Scheduling Order to Extend the Discovery Cut-Off Date (docket no. 84) is GRANTED finding good cause shown.  A number of Claimants have pending criminal charges against them.  These criminal cases involving these Claimants have not come to conclusion.  Accordingly, the Discovery Cut-Off is extended to April 27, 2010.  The Dispositive Motion Deadline is extended to May 27, 2010.  The Final Pretrial Conference set on April 20, 2010, at 9:00 a.m. is VACATED and RESET to July 6, 2010, at 8:30 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse,  901 19th Street, Denver, Colorado.  The parties shall file their proposed Final Pretrial Order with the court on or before July 1, 2010. The parties are reminded that Judge Blackburn does require additional information to be included in the Final Pretrial Order and the parties should consult with Judge Blackburn's Pretrial and Trial Practice Procedures and Standards.

Date:  January 27, 2010