IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 08-cv-02514-REB-MJW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

762 HORIZON DRIVE, GRAND JUNCTION, COLORADO, et al.,

    Defendants.

## MINUTE ORDER[1]

The matter comes before the court on the **Unopposed Motion To Vacate Telephone Status Conference Set For March 15, 2010, at 10:00 a.m.** [#87] filed March 10, 2010. The motion is **GRANTED**, and the telephonic setting conference set for March 15, 2010, at 10:00 a.m., is **VACATED**.

    Dated: March 10, 2010

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.